UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS RAUL BLANCO MARTINEZ,
A-240-366-541,

           Petitioner,

    v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et. al.,

          Respondents.

No.  1:26-cv-00768-DJC-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding with counsel, filed an amended petition for a writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 9, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 14.  No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and

1

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The findings and recommendations filed April 9, 2026, ECF No. 14,  are adopted in full.

2.  Respondents' motion to dismiss, ECF No. 12, is DENIED;

3.  Petitioner's amended petition for writ of habeas corpus, ECF No. 11, is GRANTED as Petitioner's detention violates due process;

4.  Petitioner Jesus Raul Blanco Martinez, A-240-366-541, shall be RELEASED IMMEDIATELY from Respondents' custody upon the same conditions as his prior release, with his belongings. Respondents shall not impose any additional restriction on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;

5.  Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven (7) day notice and a hearing before a neutral fact-finder where Respondents show: (a) there are material changed circumstances which demonstrate that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk. At any such hearing, Petitioner shall be allowed to have counsel present.

6.  The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility.

////

////

////

2

7.    The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **April 19, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3